UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR.,

        Plaintiff,

    -against-

PLANET BEACH FRANCHISING CORPORATION,

        Defendant.

---

Case No.: 1:19-cv-00892

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, PHILLIP SULLIVAN JR., are hereby dismissed without prejudice, in their entirety, as against Defendant, PLANET BEACH FRANCHISING CORPORATION, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 19, 2019
       New York, New York

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.

**Dated: August 20, 2019**
**Syracuse, New York**